**Jennifer ENGEL and Richard N. Kuhn, Plaintiffs/Respondents,**

v.

**Eva Marie REIMER, Defendant/Appellant.**

No. 67221.

Missouri Court of Appeals, Eastern District, Division One.

Oct. 3, 1995.

David G. Waltrip, Jones, Korum, Waltrip & Jones, Clayton, for appellant.

V. Jack Muehlenkamp, Muehlenkamp & Pankowski, Dellwood, for respondent.

Before REINHARD, P.J., and KAROHL and WHITE, JJ.

*ORDER*

PER CURIAM.

Defendant appeals from the denial of her motions for leave to file a compulsory counterclaim. We affirm. We have examined the record and find that the court properly denied defendant's motions. No error of law appears. Rule 84.16(b).